Theodore ELKIN, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 23, 1973.

Rehearing Denied Feb. 15, 1974.

Jerry Anderson, Shuffett, Kenton, Anderson & Curry, Lexington, for appellant.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

PER CURIAM, Affirming.*

Kenneth LAINHART, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 23, 1973.

Rehearing Denied Feb. 15, 1974.

David E. Murrell, Deputy Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Robert W. Willmott, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

Robert Lee SMYZER, Sr., Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 23, 1973.

Rehearing Denied Feb. 15, 1974.

Frank E. Haddad, Jr., Kenny Grantz, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Robert L. Chenoweth, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

James R. YOCOM, Commissioner, etc., et al., Appellant,

v.

Wayne CHESTER and Workmen's Compensation Board, Appellees.

Court of Appeals of Kentucky.

Nov. 23, 1973.

Rehearing Denied Feb. 22. 1974.

Waldo E. Rassas, Clarksville, Tenn., G. Sam Milam, Russellville, J. Keller Whitaker, Director, Workmen's Comp. Bd., Dept. of Labor, Frankfort, for appellant.

Gemma M. Harding, Dept. of Labor, Louisville, Robert D. Hawkins, Chief Counsel for Special Fund, Dept. of Labor, Frankfort, John David Cole, Bowling Green, for appellees.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

* Opinion ordered not to be published.